# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

December 11, 2019

**BY ECF**

Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application granted. Sentencing scheduled for February 7, 2020 at 3:00 p.m.
>
> SO ORDERED:
>
> */s/ William H. Pauley III*
> WILLIAM H. PAULEY III
> U.S.D.J.
>
> December 19, 2019

Re: *United States v. Jerylan Marquez-Ortiz*
18 Cr. 336 (WHP)

Dear Judge Pauley:

I write to request that Your Honor set a date to sentence Mr. Marquez-Ortiz in early February, 2020 pursuant to his guilty plea on September 24, 2019 to Count 1 of the above-referenced indictment.

Defense counsel has just received a forensic psychological evaluation which is very informative and it will be incorporated into our sentencing submission.

We respectfully request a sentence date in early February convenient to the Court to allow sufficient time for defense submissions.

Very truly yours,

*James Roth*

James Roth, Esq.
Benjamin Silverman, Esq.

CC: AUSA Alison Moe
Jerylan Marquez-Ortiz

JR/Marquez/Ltr to Judge/Set Sent Date