# LAW OFFICES OF ELIZABETH M. JOHNSON

### ELIZABETH M. JOHNSON
EMJOHNSONLAWNYC@GMAIL.COM

June 2, 2020

**By ECF**

Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street, Room 620
New York, NY 10007

    Re:    <u>United States v. Jerylan Marquez-Ortiz, 18 CR 336 (WHP)</u>

Dear Judge Pauley:

    On behalf of my client, Jerylan Marquez-Ortiz, I respectfully request that the Court enter an Order directing the Government to provide me, as Mr. Marquez-Ortiz' counsel, with a copy of his Bureau of Prisons medical records. I spoke yesterday to AUSA Kyle Wirshba who agreed to obtain those records, which are highly relevant to Mr. Marquez-Ortiz' motion for compassionate release; Mr. Wirshba also agreed to share the records with me if the Court ordered him to do so. Mr. Marquez-Ortiz has told me that he wants me to be able to review these records as part of my representation of him.

    Thank you for Your Honor's attention to this request.

                                                            Respectfully,

                                                            Elizabeth M. Johnson

cc:    AUSA Kyle Wirshba (Kyle.Wirshba@usdoj.gov)