UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                       :

        -against-                                   :         18 Cr. 336 (WHP)

Jose Benedicto Ulloa Brito,                             :         <u>ORDER</u>
                      Defendant.        :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Tuesday, August 18, 2020 at 3:30 p.m. regarding defendant's application for compassionate release. The dial-in number is 888-363-4749, passcode 3070580.

Dated:  August 17, 2020
          New York, New York

                                        SO ORDERED:

                                        _____
                                        WILLIAM H. PAULEY III
                                               U.S.D.J.